**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-16-17-GF-BMM-1** |
| Plaintiff, | |
| vs. | |
| SEIVERT DAYDRILL RUNNINGCRANE, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and

Recommendations in this matter on March 17, 2021. (Doc. 77.)

When a party makes no objections, the Court need not review *de novo* the

proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140,

153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v.

Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 4, 2021. (Doc. 204.) The United States accused Runningcrane of violating his conditions of supervised release 1) by failing to report for substance abuse testing; 2) by failing to follow the instructions of his probation officer; 3) by failing to report for substance abuse testing; 4) by failing to notify his probation officer of a change of address; and 5) by leaving Montana without prior approval of his probation officer. (Doc. 202.)

At the revocation hearing, Runningcrane admitted to violating the conditions of his supervised release 1) by failing to report for substance abuse testing; 2) by failing to follow the instructions of his probation officer; 3) by failing to report for substance abuse testing; 4) by failing to notify his probation officer of a change of address; and 5) by leaving Montana without prior approval of his probation officer. (Doc. 204.)  Judge Johnston found that the violations Runningcrane admitted proved to be serious and warranted revocation, and recommended that Runningcrane receive a custodial sentence of 10 months, with no supervised release.  (Doc 209.)  Runningcrane was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 204.)  The violations prove serious and warrants revocation of Runningcrane's  supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 209) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Seivert Daydrill Runningcrane be sentenced to the custody of the United States Bureau of Prisons for 10 months, with no supervised release to follow.

DATED this 23rd day of March, 2021.


_____
Brian Morris, Chief District Judge
United States District Court